GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By: JACOB M. BERGMAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:  (212) 637-2776
Facsimile:   (212) 637-2686
E-mail: jacob.bergman@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
| | | |
|---|---|---|
| IN RE: | : | APPLICATION FOR AN |
| | : | *EX PARTE* ORDER PURSUANT |
| LETTER ROGATORY FOR | : | TO 28 U.S.C. § 1782(a) |
| INTERNATIONAL JUDICIAL | : | |
| ASSISTANCE FROM THE FIRST | : | 20-mc-175 |
| INSTANCE NATIONAL CIVIL COURT | : | |
| NO. 100, BUENOS AIRES, ARGENTINA | : | |
| IN THE MATTER OF ESTANISLAO | : | |
| JANOWSKI | : | |

-------------------------------------------------------x

Upon the accompanying declaration of Jacob M. Bergman, executed on March 30, 2020, the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, petitions this Court for an order pursuant to 28 U.S.C. § 1782(a), appointing Jacob M. Bergman, Assistant United States Attorney, as Commissioner for the purpose of obtaining information as requested by a letter rogatory for International Judicial Assistance from the First Instance National Civil Court No. 100, Buenos Aires, Argentina, seeking information from the Bank of New York Mellon, in New York, New York, in connection with a proceeding pending in that court captioned "Matter of Estanislao Janowski."

Dated: New York, New York
March 30, 2020

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney for the
        Southern District of New York

By:   /s/ JACOB M. BERGMAN
        JACOB M. BERGMAN
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel:  (212) 637-2776
        Fax:  (212) 637-2686
        E-mail: jacob.bergman@usdoj.gov